AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA
V.

ROBERT ARNOLD

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER:

04 M 0552 RBC

I, __ROBERT ARNOLD__, charged in a ☑ complaint ☐ petition pending in this District with __bank robbery__ in violation of Title __18__, U.S.C., __2113(a)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☑ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☑ examination ☐ hearing.

_____
Defendant

_____
Counsel for Defendant

JAN 3 - 2005
Date